UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARZUQ AL-HAKIM,

      Plaintiff,

v.                                               Case No: 8:19-cv-1444-T-36SPF

GREAT WEST CASUALTY, INC.,
CUSTERD INSURANCE ADJUSTERS,
DAVID GREEN, LELAND LUCKY and
CHUCK BEAN,

      Defendants.
_____/

**O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sean P. Flynn on December 18, 2019 (Doc. 26). In the Report and Recommendation, Magistrate Judge Flynn recommends that Plaintiff's motion to proceed *in forma pauperis* (Doc. 19) be denied and Plaintiff's Amended Complaint (Doc. 18) be dismissed. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).[1] No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

---

[1] The Court notes that a copy of the Report and Recommendation was mailed to Plaintiff at the address he provided on December 18, 2019. The copy was returned to the clerk as undeliverable/not deliverable.

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 26) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     Plaintiff's Motion to Proceed *in forma pauperis* (Doc. 19) is DENIED.

(3)     Plaintiff's Amended Complaint (Doc. 18) is DISMISSED.

(4)     The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on January 6, 2020.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Sean P. Flynn
Counsel of Record